IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY RAVON RUFFIN, :
:
    Petitioner, :
:
v. : No.: 4:17-CV-1619
:
UNITED STATES OF AMERICA, : (Judge Brann)
:
    Respondent. :

## **ORDER**

**AND NOW**, this 19th day of October 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's habeas corpus action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                      BY THE COURT:

                      *s/ Matthew W. Brann*
                      Matthew W. Brann
                      United States District Judge